CHAS. W. NORTON v. STATE.

No. A-935.    Opinion Filed January 27, 1912.

Appeal from Stephens County Court; W. H. Admire, Judge.

Chas. W. Norton was convicted of the crime of libel, and appeals. Affirmed.

P. S. Nagle, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen. (R. E. Gish, of counsel), for the·State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Stephens county on the 8th day of July, 1910, on a charge of libel, and on the 9th day of said month was sentenced by the court, in accordance with the verdict of the jury, to pay a fine of one hundred twenty-five. dollars.   A careful examination of the record discloses no errors sufficiently prejudicial to the substantial rights of plaintiff in error to justify a reversal of this cause.   Let the judgment of the trial court be affirmed.

EDD EVANS v. STATE.

No. A-716.   Opinion Filed July 3, 1911.

Appeal from District Court, Greer County; G. A. Brown, Judge.

Edd Evans was convicted of selling intoxicating liquor to a minor, and he appeals.   Reversed and remanded.

C. C. Wells and C. G. Hornor, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

RICHARDSON, Special Judge.   Plaintiff in error was convicted in the district court of Greer county upon an information charging him with selling liquor to a minor, and was sentenced to imprisonment in the penitentiary for a term of five years.   The act declaring this offense a felony and fixing the punishment therefor is unconstitutional and void, and the district court therefore had no jurisdiction of the cause.   John Nowakowski v. State, ante, 116 Pac. 351, just decided.

This prosecution having been instituted by information and not by indictment, the cause is not transferable to the county court, but must be dismissed.   Fred Wychoff v. State, ante, 116 Pac. 355, just decided.

The judgment of the district court is therefore reversed, and the cause remanded, with directions to dismiss the same.

FURMAN, P. J., and DOYLE, J., concur; ARMSTRONG, J., disqualified and not sitting.